TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Tamer.Botros@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mir Mufakharul Islam,<br><br>Plaintiff<br><br>v.<br><br>Joseph B. Edlow, *et al.*,<br><br>Defendants | Case No. 2:25-cv-02598-CDS-DJA<br><br>**Order Approving Joint Stipulation to Stay the Proceedings (First Request)**<br><br>[ECF No. 14] |

Plaintiff Mir Mufakharul Islam and Federal Defendants, by and through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance until February 5, 2027.

The subject of this litigation was to compel the adjudication of Plaintiff's I-589 Application for Asylum and Withholding of Removal. ECF No. 1, ¶ 1.

Since the filing of this action, Plaintiff has been scheduled for an interview to take place on October 8, 2026, after which adjudication of the I-589 Application will then take place. The parties anticipate that the adjudication of the I-589 Application will be complete on or before February 5, 2027. In the event the adjudication of the I-589 Application is not complete by February 5, 2027, the parties request that they be ordered to submit a joint status report to the Court on February 12, 2027.

This is the first request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' effort to resolve the matter by adjudicating Plaintiff's pending application.

Respectfully submitted this 30th day of September 2026.

JEELANI LAW FIRM, PLC

*/s/ Sadaf Ahmed*
SADAF F. AHMED
sadaf@jeelani-law.com
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for the Federal Defendants*

**IT IS SO ORDERED:**

**United States District Judge**

**DATED:** October 2, 2026